IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
OMAR RIOS COLON, on behalf of himself and all others similarly situated,

                 Plaintiff,

- against -

DECISIONONE CORPORATION,

                 Defendant.
-------------------------------------------------------------- X

Case No.: 23 Civ. 5346 (JMA)(ARL)

## NOTICE OF
## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

PLEASE TAKE NOTICE:  For the reasons set forth in Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Default Judgment, the Declaration of Troy L. Kessler and supporting exhibits, including the Plaintiff's sworn declaration, Plaintiff moves this Court, pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2, for judgement by default against Defendant DecisionOne Corporation.  Pursuant to the Court's Individual Rules and the Local Rules, Plaintiff submits a Proposed Order for the Court's consideration as Exhibit E.

Answering papers, if any, shall be served no later than fourteen days after service of these moving papers in accordance with Local Rule 6.1(b), or at such other times as the Court may direct.

Dated: Melville, New York
       November 3, 2023

                                        Respectfully submitted,

                                         /s/ Troy L. Kessler

                                        **KESSLER MATURA P.C.**
                                        Troy L. Kessler
                                        Garrett Kaske
                                        Benjamin Goldstein
                                        534 Broadhollow Road, Suite 275
                                        Melville, NY 11747
                                        Phone:  (631) 499-9100

Fax: (631) 499-9120
tkessler@kesslermatura.com
gkaske@kesslermatura.com
bgoldstein@kesslermatura.com

*Attorneys for Plaintiffs*

To:    DecisionOne Corporation
640 Lee Road, 3rd Floor
Wayne, PA 19087

*Defendant*