

February 10, 2025

**Via ECF**
Hon. Arlene R. Lindsay, U.S.M.J.
United States District Court
Eastern District of New York
814 Federal Plaza
Central Islip, New York 11722

Re: *Rios Colon v. DecisionOne Corp.*,
No. 23 Civ. 5346 (JMA)(ARL)

Dear Judge Azrack:

Plaintiff writes to provide the Court with a status report as requested by the Court's Order from earlier today, February 10. Defendant is in default and has not appeared in this case. *See* ECF No. 9 (Cert. of Default). As a result, this is not a joint letter.

In accordance with the order of the Honorable Judge Azrack, Plaintiff is awaiting a decision from the Second Department in *Grant v. Global Aircraft Dispatch, Inc.*, No. 2021-03202. *See* ECF Ord., dated June 20, 2024. On June 20, 2024, Judge Azrack dismissed Plaintiff's default judgement motion without prejudice pending the outcome of a motion for reconsideration and leave to appeal in *Grant*. *Id*. The motion is still pending. *See* Appx. A (Doc. List). Once the motion is decided, Plaintiff will file a status report as per Judge Azrack's Order.

Thank you for Your Honor's anticipated consideration of this matter.

Respectfully submitted,

Garrett Kaske

Encl. (Appx. A)

# **APPENDIX A**

Case Caption:   **Besante Fitzgerald Grant v. Global Aircraft Dispatch Inc.**

Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | COPY OF NOTICE OF APPEAL WITH PROOF OF FILING / INFORMATIONAL STATEMENT / ORDER OR JDMT APPEALED FROM | Processed | 05/15/2021 | Hassan, A. |
| 2 | PROOF OF SERVICE OF NOTIFICATION OF CASE NUMBER | Processed | 05/19/2021 | Hassan, A. |
| 3 | | Deleted | | |
| 4 | LETTER REQUEST FOR EXTENSION - | Processed | 10/14/2021 | Hassan, A. |
| 5 | ORDER | Processed | 10/19/2021 | Court User |
| 6 | RECORD ON APPEAL | Processed | 01/04/2022 | Hassan, A. - filed by Dick Bailey Services, Inc. |
| 7 | STATEMENT OF AUTHORIZATION FOR ELECTRONIC FILING | Processed | 01/04/2022 | Hassan, A. - filed by Dick Bailey Services, Inc. |
| 8 | APPELLANT'S BRIEF | Processed | 01/04/2022 | Hassan, A. - filed by Dick Bailey Services, Inc. |
| 9 | LETTER REQUEST FOR EXTENSION - Respondent's Brief | Processed | 01/10/2022 | Barry, K. |
| 10 | ORDER | Processed | 01/18/2022 | Court User |
| 11 | LETTER REQUEST FOR EXTENSION - | Processed | 02/16/2022 | Barry, K. |
| 12 | ORDER | Processed | 02/25/2022 | Court User |
| 13 | RESPONDENT'S BRIEF | Processed | 04/04/2022 | Brecher, J. |
| 14 | LETTER REQUEST FOR EXTENSION - | Processed | 04/06/2022 | Hassan, A. |
| 15 | ORDER | Processed | 04/13/2022 | Court User |
| 16 | REPLY BRIEF | Processed | 04/25/2022 | Hassan, A. - filed by Dick Bailey Services, Inc. |
| 17 | NOTICE OF MOTION W/SUPPORTING DOCUMENTS INCLUDING EXHIBIT(S) *Corrected* Notice Of Motion For Leave To Appear As Amicus Curiae And Affirmation Of Stephanie Schuster In Suppo | Processed | 04/29/2022 | Schuster, S. |
| 18 | NOTICE OF MOTION W/SUPPORTING DOCUMENTS INCLUDING EXHIBIT(S) Motion for Leave to Appear as Amici Curiae for Walther Astudillo, Patrick Rankine, and Brittany Glas | Processed | 05/09/2022 | Kopel, Y. |

Case 2:23-cv-05346-JMA-ARL   Document 15   Filed 02/10/25   Page 4 of 4 PageID #: 169

NYSCEF
Appellate Division - 2nd Dept

**Document List**
**Appeal #   2021-03202**

Created on:02/10/2025 12:51 PM

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 19 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION | Processed | 05/09/2022 | Hassan, A. |
| 20 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION | Processed | 05/20/2022 | Brecher, J. |
| 21 | ORDER | Processed | 10/24/2022 | Court User |
| 22 | ORDER | Processed | 10/24/2022 | Court User |
| 23 | DECISION AND ORDER | Processed | 01/18/2024 | Court User |
| 24 | NOTICE OF MOTION W/SUPPORTING DOCUMENTS INCLUDING EXHIBIT(S) <br> Motion for Reargument and Leave to Appeal To The New York Court of Appeals | Processed | 02/15/2024 | Hassan, A. |
| 25 | AFFIRMATION (M) <br> Affirmation of Defendant-Respondents Counsel in Response to Plaintiff-Appellants Motion for Reargume | Processed | 03/11/2024 | Brecher, J. |
| 26 | AFFIDAVIT OR AFFIRMATION IN REPLY TO MOTION | Processed | 03/16/2024 | Hassan, A. |
| 27 | LETTER REQUEST FOR EXTENSION (M) <br> Update and Supplemental Authority | Processed | 05/19/2024 | Hassan, A. |
| 28 | LETTER REQUEST FOR EXTENSION (M) | Processed | 05/22/2024 | Brecher, J. |