

September 3, 2025

**Via ECF**
Hon. Arlene R. Lindsay, U.S.M.J.
United States District Court
Eastern District of New York
814 Federal Plaza
Central Islip, New York 11722

Re: *Rios Colon v. DecisionOne Corp.*,
No. 23 Civ. 5346 (JMA)(ARL)

Dear Judge Azrack:

Plaintiff's counsel writes to respectfully request a one-week extension to file the Renewed Motion for Default Judgment. Defendant is in default and has not appeared in this case. *See* ECF No. 9 (Cert. of Default). As a result, this is not a joint letter.

This Court previously granted Plaintiff leave to re-file his motion for default judgment by September 6, 2025. *See* Order Granting ECF No. 16. Plaintiff's counsel now requests leave to file by September 12, 2025. Counsel for Plaintiff requests this extension due to absences from their office for travel. This is Plaintiff's first request for an extension for any filing in this matter. This request does not affect any other scheduled deadline or court appearance in this matter.

Thank you for Your Honor's anticipated consideration of this matter.

Respectfully submitted,

/Benjamin A. Goldstein