# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

OMAR RIOS COLON, on behalf of himself and all  :
others similarly situated,                     :

                                            :   Case No.: 23 Civ. 5346 (JMA)(MW)
                 Plaintiff,   :
   - against -                   :   **DECLARATION OF OMAR RIOS**
                                              :   **COLON IN SUPPORT OF**
DECISIONONE CORPORATION,       :   **PLAINTIFF'S MOTION FOR**
                                            :   **DEFAULT JUDGMENT**
                 Defendant.   :
                                            :

-------------------------------------------------------------- X

Plaintiff Omar Rios Colon declares as follows pursuant to 28 U.S.C.§ 1746, I hereby declare as follows:

***Employment and Job Duties***

1.      I was employed by Defendant DecisionOne Corporation ("DecisionOne") from on or around May 21, 2018 to in or around May 2022.

2.      However, due to a car accident, I was on disability leave, making my last day of physical work December 7, 2020.

3.      A copy of the letter I received from DecisionOne offering me employment is attached as <u>Exhibit A-1</u>.  The letter is a true and correct copy of the letter I received from DecisionOne prior to starting my employment with the company.

4.      DecisionOne's business consists of information technology ("IT") support services. The company provides support for its clients' IT machines, such as printers, self-check machines, cash registers, and credit card machines.  Clients include businesses in the retail, transportation, healthcare, and government sectors.

5.      I held the position of Field Service Technician.

1

6.      As a Field Service Technician, I travelled from client to client, providing on-site

maintenance and installation of machines from various name-brand manufacturers.

7.      Most of my work time was spent performing physical labor.  At each client site, I

carried tools from my automobile into the job site and either performed maintenance on or installed

large machines, such as printers, self-check-out machines, and credit card machines.  As part of

that process, I often had to move heavy machines to gain access to necessary components and

wiring.  I had to open and close machines with my tools and extract and install machine parts.

8.      The large majority of clients I visited were in Nassau County, Suffolk County,

Queens County, Kings County, and Bronx County, New York.

*Payroll Practices*

9.      DecisionOne paid me at a regular rate of $24 per hour.

10.     DecisionOne paid me every other week.

11.     Payday occurred one week after the end of each two-week pay period for the

entirety of my time at DecisionOne.

12.     For example, DecisionOne paid me on December 28, 2018 for the pay period of

December 8 to December 21, 2018.

13.     A copy of the pay stub I received from DecisionOne for the check issued on

December 28, 2018 is attached as <u>Exhibit A-2</u>.  The pay stub is a true and correct copy of the

document I received to accompany my pay from December 28, 2018.  The pay stub accurately

reflects the amount of pay I received and the timeframe the pay covered.

14.     DecisionOne paid me on December 27, 2019 for the period starting on December

7, 2019 and ending on December 20, 2019.

15.    A copy of the pay stub I received from DecisionOne for the check issued on December 27, 2019 is attached as Exhibit A-3.  The pay stub is a true and correct copy of the document I received to accompany my pay from December 27, 2019.  The pay stub accurately reflects the amount of pay I received and the timeframe the pay covered.

16.    DecisionOne paid me on December 24, 2020 for the period starting on December 5, 2020 and ending on December 18, 2020.

17.    A copy of the pay stub I received from DecisionOne for the check issued on December 24, 2020 is attached as Exhibit A-4.  The pay stub is a true and correct copy of the document I received to accompany my pay from December 24, 2020.  The pay stub accurately reflects the amount of pay I received and the timeframe the pay covered.

18.    Over the course of my employment with DecisionOne, I made approximately $109,672.60, excluding vacation pay, holiday pay, sick pay, disability pay, and expense reimbursements.

*        *        *        *

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on _____.
11/2/2023

**Omar Rios Colon**

DocuSign Envelope ID: B73A3266-D6A4-4480-A7ED-0620D7593E82

## CERTIFICATE OF TRANSLATION

Pursuant to 29 U.S.C. § 1746, I, KRISTINE JIMENEZ, hereby declare under penalty of

perjury that I am fluent in both Spanish and English, and that I translated the foregoing document

from English to Spanish to Omar Rios Colon.

Dated: Melville, New York
       November 2, 2023.

DocuSigned by:

1E5C115AA76748C...

_____
KRISTINE JIMENEZ

# Exhibit 1



Omar Rios Colon                                                                                    5/10/2018



Dear Omar,

I am pleased to confirm the offer of full-time employment with DecisionOne in the position of Field Service Technician. You are scheduled for a start date of 5/21/2018.

The starting hourly rate for this position will be $24.00.

You will be working at 3423 Southpark Place, Grove City, OH and reporting to Jim Davis. Based upon business need your hours may change as determined by your manager.

This position is classified as non-exempt (overtime eligible). Overtime compensation will be provided at a rate of 1.5 times your hourly rate for hours worked in excess of 40 in any work week. You will be eligible to accrue 6.67 vacation hours per month to a maximum of 2 weeks' vacation until you are eligible to accrue at a higher rate per the DecisionOne Vacation Policy.

You and your eligible dependents are eligible to participate in the DecisionOne Benefits Plan on the 1st day of the month after 30 days of employment, provided you are actively at work.  You are eligible for the following benefits: Medical, Dental, Life Insurance, Long-Term Disability, Sick time, and the Education Assistance program.  You are eligible for the DecisionOne Short-Term Disability Plan on the 182nd day of employment, provided you are actively at work on the 182nd day.
**Please note, you have 30 days from the date of eligibility to sign up for the DecisionOne benefit plans.  If you do not elect benefits in this timeframe, you will forfeit your opportunity until the next Open Enrollment Date (typically January 1st of each year).**

This offer letter is not intended to be, and should not be construed as, a contract of employment for any specific period of time. Employment at DecisionOne is at-will, which means that either you or the Company may terminate your employment at any time. DecisionOne also reserves the right to change the terms and conditions of employment, including the provisions of compensation and benefit programs, at any time.

Your offer of employment is contingent upon the successful completion of a background screening and drug test.  In addition to you're signing of the DecisionOne Code of Conduct, Non-Disclosure, Non-Competition, and Non-Solicitation Agreement, Conflict of Interest Questionnaire, and Employee Confidentiality Agreement.  Please see attached the New Hire Checklist for all other required documents to be submitted. You also will be required to verify your eligibility to work in the United States.

Please sign the offer letter in the space provided to indicate your acceptance of this offer.  Please return to the attention of Human Resources at e-mail: Michael.Matscherz@decisionone.com. If you have questions, please contact Mike Matscherz at 610.296.2977.

Sincerely,
DecisionOne
Human Resources

**I understand my employment is contingent upon the successful completion of a drug test and background screening.**


Omar Rios Colon _____**Date** _____.

# Exhibit 2

**Decisionone Corporation**
640 Lee Rd
3rd Floor
WAYNE, PA 19087

**paylocity**

Direct Deposit Advice

| | Check Date | Voucher Number |
|---|---|---|
| | December 28, 2018 | 106788 |

| | Direct Deposits | Type | Account | Amount |
|---|---|---|---|---|
| DIRECT DEPOSIT VOUCHER | ████████ | C | ████████ | 2,191.73 |
| | **Total Direct Deposits** | | | **2,191.73** |

N9665    20-140900    ████████    N9665

**Omar Xavier Rios Colon Sr.**

████████████

This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Decisionone Corporation

**Omar Xavier Rios Colon Sr.**                                    **Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | **79745** | Fed Taxable Income | **2,651.16** | Check Date | **December 28, 2018** | Voucher Number | **106788** |
| Location | **20-140900** | Fed Filing Status | **S-2** | Period Beginning | **December 8, 2018** | Net Pay | **2,191.73** |
| Hourly | **$24.00** | State Filing Status | **S-2** | Period Ending | **December 21, 2018** | Total Hours Worked | **100.31** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOLIDAY | | | | 768.00 |
| OT FOR H | | | | 573.36 |
| OVERTIM | 36.00 | 20.31 | 731.16 | 5,192.64 |
| REGULAR | 24.00 | 80.00 | 1,920.00 | 28,800.00 |
| SICK | | | | 192.00 |
| **Gross Earnings** | | **100.31** | **2,651.16** | **35,526.00** |

| Taxes | | | Amount | YTD |
|---|---|---|---|---|
| FITW | | | 325.54 | 3,785.11 |
| MED | | | 38.44 | 515.11 |
| NY | | | 132.91 | 1,690.93 |
| NYSDI-E | | | 1.20 | 19.20 |
| SS | | | 164.37 | 2,202.61 |
| **Taxes** | | | **662.46** | **8,212.96** |

| Deductions | Amount | YTD |
|---|---|---|
| BUSINESS EXP | -151.43 | -2,152.95 |
| REIMB MILEAGE | -51.60 | -820.80 |
| **Deductions** | **-203.03** | **-2,973.75** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| BETHPAGE FEDERAL CREDIT UNION | C | ***1920 | 2,191.73 |
| **Total Direct Deposits** | | | **2,191.73** |

| Time Off | Available Plan Year to Use | Used | Current Earned |
|---|---|---|---|
| Personal | 0.00 | 0.00 | 0.00 |
| Sick | 0.00 | 8.00 | 0.00 |
| Vacation | 0.00 | 0.00 | 0.00 |

# __Exhibit 3__

**Decisionone Corporation**
640 Lee Rd
3rd Floor
WAYNE, PA 19087

Direct Deposit Advice

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | December 27, 2019 | 130427 |

| | Direct Deposits | Type | Account | Amount |
|---|---|---|---|---|

DIRECT DEPOSIT VOUCHER

N9665    ███████████████    N9665    **Total Direct Deposits**

**Omar Xavier Rios Colon Sr.**
██████████████

## Non Negotiable - This is not a check - Non Negotiable

### Decisionone Corporation

**Omar Xavier Rios Colon Sr.**                                              **Earnings Statement**

| Employee ID | **79745** | Fed Taxable Income | **0.00** | Check Date | **December 27, 2019** | Voucher Number | **130427** |
|---|---|---|---|---|---|---|---|
| Location | **20-140900** | Fed Filing Status | **S-2** | Period Beginning | **December 7, 2019** | Net Pay | **0.00** |
| Hourly | **$24.00** | State Filing Status | **S-2** | Period Ending | **December 20, 2019** | Total Hours Worked | **80.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOLIDAY | | | | 1,056.00 |
| NO PAY | | 80.00 | | 0.00 |
| ON CALL | | | | 300.00 |
| OT FOR H | | | | 274.32 |
| OVERTIM | | | | 6,734.88 |
| PERS ATO | | | | 192.00 |
| REGULAR | | | | 32,064.00 |
| SICK | | | | 576.00 |
| STD 50% | | | | 3,840.00 |
| | | **80.00** | **0.00** | **45,037.20** |

| Taxes | | | Amount | YTD |
|---|---|---|---|---|
| FITW | | | 0.00 | 4,591.44 |
| MED | | | 0.00 | 653.04 |
| NY | | | 0.00 | 2,045.69 |
| NYSDI-E | | | 0.00 | 27.84 |
| SS | | | 0.00 | 2,792.30 |
| | | | **0.00** | **10,110.31** |

| Deductions | Amount | YTD |
|---|---|---|
| BUSINESS EXP | | -3,949.20 |
| REIMB MILEAGE | | -1,950.00 |
| SUPPLEMENTAL ADD | | 10.08 |
| SUPPLEMENTAL LIFE | | 23.76 |
| | | **-5,865.36** |

| Direct Deposits | Type Account | Amount |
|---|---|---|

No Direct Deposits

| Time Off | Available to Use | Plan Year Used | Current Earned |
|---|---|---|---|
| Personal | 40.00 | 8.00 | 0.00 |
| Sick | 16.00 | 24.00 | 0.00 |
| Vacation | 60.00 | 0.00 | 0.00 |

# **Exhibit 4**

**Decisionone Corporation**
640 Lee Rd
3rd Floor
WAYNE, PA 19087

**paylocity**

Direct Deposit Advice

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | December 24, 2020 | 149508 |

DIRECT DEPOSIT VOUCHER

| | Direct Deposits | Type | Account | Amount |
|---|---|---|---|---|
| | ▇▇▇▇ | C | ▇▇▇▇ | 1,335.87 |
| | **Total Direct Deposits** | | | **1,335.87** |

N9665 ▇▇▇▇▇▇▇ N9665
**Omar Xavier Rios Colon Sr.**
▇▇▇▇▇▇▇

N▇▇▇▇ his is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Decisionone Corporation

**Omar Xavier Rios Colon Sr.**  **Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | **79745** | Fed Taxable Income | **1,671.94** | Check Date | **December 24, 2020** | Voucher Number **149508** |
| Location | **20-140900** | Fed Filing Status | **S-2** | Period Beginning | **December 5, 2020** | Net Pay **1,335.87** |
| Hourly | **$24.00** | State Filing Status | **S-2** | Period Ending | **December 18, 2020** | Total Hours Worked **72.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Employer C | | 0.00 | 274.36 | 7,956.44 |
| HOLIDAY | | | | 672.00 |
| NO PAY | | | | 0.00 |
| ON CALL | | | | 793.00 |
| OT FOR H | | | | 325.92 |
| OVERTIM | | | | 735.84 |
| PERS ATO | 24.00 | 32.00 | 768.00 | 1,728.00 |
| REGULAR | | | | 33,878.64 |
| SICK | 24.00 | 24.00 | 576.00 | 727.20 |
| STD 50% | | | | 5,088.00 |
| VACATIO | 24.00 | 16.00 | 384.00 | 384.00 |
| **Gross Earnings** | | **72.00** | **1,728.00** | **44,332.60** |

| Deductions | Amount | YTD |
|---|---|---|
| BUSINESS EXP | | -3,005.25 |
| DENTAL INS | 15.06 | 376.50 |
| LONG TERM DISABILITY | | 9.70 |
| MEDICAL INS | 41.00 | 1,025.00 |
| REIMB MILEAGE | | -3,285.60 |
| SUPPLEMENTAL ADD | 0.42 | 12.18 |
| SUPPLEMENTAL LIFE | 0.99 | 30.39 |
| **Deductions** | **57.47** | **-4,837.08** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 135.81 | 3,333.77 |
| MED | 24.24 | 622.50 |
| NY | 69.75 | 1,706.03 |
| NYSDI-E | 1.20 | 30.00 |
| SS | 103.66 | 2,661.73 |
| **Taxes** | **334.66** | **8,354.03** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| BETHPAGE FEDERAL CREDIT UNION | C    ***1920 | 1,335.87 |
| **Total Direct Deposits** | | **1,335.87** |

| Time Off | Available Plan Year to Use | Used | Current Earned |
|---|---|---|---|
| Personal | 16.00 | 32.00 | 0.00 |
| Sick | 9.70 | 30.30 | 0.00 |
| Vacation | 44.00 | 16.00 | 0.00 |

Decisionone Corporation | 640 Lee Rd 3rd Floor  WAYNE, PA 19087 | (610) 407-2757 | FEIN: 23-2328680 | NY: 7065451-6