# Exhibit B


(https://decisionone.com)

☰

# IT Support Services

Comprehensive and Reliable IT Support Services That Keep Your Business Running Smoothly

WHAT DO YOU NEED?

## Agility and Flexibility Plus Readily Available Technicians

EXPERIENCE THE DIFFERENCE IN OUR SUPPORT SERVICES



## AGILE AND FLEXIBLE MODEL

We offer several layers of support to choose from, depending on the size and scope of your operation. We ensure that you receive the exact level of service you require.



## HIGHLY TRAINED TECHNICIANS

Our certified technicians quickly and effectively solve IT problems, minimizing the amount of downtime your business experiences.



## 24/7 AVAILABILITY

When your business runs round-the-clock you need IT support to match. That's why we offer 24/7 helpdesk support and remote monitoring, to ensure that you're always covered.

# IT Support Services

We provide support services that help you get the most out of your IT and keep your business up and running.



### Help and support desk

Our help desk is staffed with knowledgeable technicians who can answer your questions and help you resolve any issues. We are dedicated to providing the best possible customer service and fixing your issue quickly



### Unified communications

Sending and receiving voice, data, and video communications using a single network simplifies your IT infrastructure and reduces your costs. We will work with you to design and implement a unified communications system that meets the specific needs of your business.



### System security

We offer a comprehensive security system service that includes hardware and software-based security measures. We will work with you to create a custom security plan that meets the unique needs of your business.



### Disaster recovery

Our team will get the technical side of your business back up and running as quickly as possible after a disaster so you can focus on taking care of your employees. We offer a complete disaster recovery plan that includes data backup, application, and system recovery.

Our technicians currently
support and maintain
hardware from dozens of the
world's leading
manufacturers, including
IBM®, HP®, DellTM,
Toshiba®, Sony®, Apple®,
Lenovo®, Fujitsu®, NCRSM,
Lexmark®, Epson®,

Okidata®, BrotherTM, Panasonic®, Cisco®, Netgear®, and 3M®



C A S E  S T U D Y

## Complex IT Support Made Easy for Commercial Airline

A major US commercial airline was facing rising fuel costs, diminished passenger travel, and increased competition from low-fare carriers. The airline needed to reduce costs – including IT support costs.

As a result of using our services, the airline saw impressive results:

- Improved IT system performance
- Cost savings
- Increased employee productivity

- Increased passenger satisfaction
- Faster equipment restoration time
- Shorter project completion time

READ MORE (HTTPS://BA82E5.P3CDN2.SECURESERVER.NET/WP-CONTENT/UPLOADS/2022/09/S-D1-CS-US-COMMERCIAL-AIRLINE-V2R4.PDF)



CASE STUDY

# Uninterrupted Operations with Minimized Administrative Cost for Multinational Auto Parts Retailer

A multinational auto parts retailer needed an IT Support partner to provide help desk services, onsite desktop support, and replacement parts support to 10,000+ repair centers in five countries. The

company needed a single-source IT partner to minimize administration costs.

After providing multiple levels of support, the changes were readily apparent:

- Uninterrupted operation of 10,000+ locations across North and Central America
- Reduced administration costs
- 100% of SLA requirements achieved
- 97%+ first call resolution rate

READ MORE (HTTPS://BA82E5.P3CDN2.SECURESERVER.NET/WP-CONTENT/UPLOADS/2022/09/S-D1-CS-US-AUTO-PARTS-V2R3.PDF)



C A S E   S T U D Y

# National Department Store Realizes Consistent Performance with Integrated IT Solution

A national chain of department stores needed IT solutions for onsite maintenance, logistics, and depot repair of its PCs, laptops, point-of-sale (POS) equipment, network equipment, and handheld devices, in addition to offering an advanced exchange program and services to ramp up quickly for the holiday shopping season.

After enlisting our services, our client quickly saw measurable results:

- 30-day ramp-up from contract award to support provided
- More than 6,100 shipments per month
- Less than 1% rate of repeat returns without calling on manufacturers
- Brand new advanced exchange created
- Single-Point-of-Contact for all device repairs
- 97% of device repairs resolved in-house

READ MORE (HTTPS://BA82E5.P3CDN2.SECURESERVER.NET/WP-CONTENT/UPLOADS/2022/09/S-D1-CS-NATIONAL-DEPARTMENT-STORE-V2R3.PDF)








# Recommended by Industry Leaders

**WE GO ABOVE AND BEYOND**



**MULTINATIONAL AUTO PARTS RETAILER**

"Our relationship with [the team] extends beyond service delivery. As a single-source provider [they] not only minimize administration costs but also enable us to focus on taking care of our customers, not on computer hardware."



**COMMERCIAL**

Case 2:23-cv-05346-JMA-ARL    Document 18-4    Filed 09/12/25    Page 11 of 13 PageID #: 218

**AIRLINE**

*"They enabled us to reduce our total cost of ownership, improve quality operations, and enhance service levels. Their ability to adapt to our industry's ever-changing security requirements ensured consistent service delivery, minimizing system downtime."*

# IT Support Services Tailored To Your Needs

We understand that every business has different IT support service needs. That's why we offer customized solutions that can be tailored to include only the services you require. To discuss your specific needs and budget, contact us today. We'll be happy to provide a free consultation and proposal.

First Name*

Last Name*

Company

Email*

Phone*

Job Title

Reason for Contacting

**Additional Interest Areas**

☐ IT Asset Management
☐ Digital Signage Services
☐ Technology Deployment
☐ Staff Augmentation
☐ Technology Consulting

What Challenges are you facing?

SUBMIT


(https://decisionone.com)

CONTACT US

640 Lee Road | Third Floor
Wayne, PA 19087

800.767.2876 / 610.296.6000

sales@decisionone.com (mailto:sales@decisionone.com) (mailto:sales@decisionone.com)

SOLUTIONS

IT Asset Management (https://decisionone.com/it-asset-management/)
IT Support

Services (https://decisionone.com/it-support-services/)

Staff Augmentation (https://decisionone.com/staff-augmentation/)

Digital Signage Services (https://decisionone.com/digital-signage/)

Technology Deployment (https://decisionone.com/technology-deployment/)

Technology Consulting (https://decisionone.com/technology-consulting/)

---

## WE ARE SOCIAL

f (https://www.facebook.com/decisionone) 

(https://www.linkedin.com/company/7020?companies_res_name&trkInfo=VSRPsearchId%3A438535636146220732320%2CVSRPtargetId%3A...)