# Exhibit C







# DecisionOne

Your ONE solution provider for any IT Infrastructure Need

IT Services and IT Consulting · Wayne, Pa · 6,131 followers · 501-1,000 employees

Follow    Visit website 🔗    More

**Home**    About    Posts    Jobs    More ▾

## About

DecisionOne Corporation is the largest global independent technology support organization in the TPM and ISO markets. For more than 60 years, we have delivered comprehensive IT solutions to some of the most complex enterprises in the world—including retail, healthcare, transportation, financial services, and government. DecisionOne maintains the largest W-2 field workforce of all TPMs and ISOs that provide support and professional services.

Our portfolio includes Managed Services providing outsourced remote solutions and support desk services, state-of-the-art technology centers that provide a suite of hardware and software asset services along with supporting forward/reverse logistics and supply chain management services. As a services-only provider, DecisionOne serves as a vendor-agnostic partner who helps companies reduce operating costs, extend technology life, and optimize their technology infrastructure. Our highly skilled, scalable workforce provides a single source of world-class IT support that meets the demands of a diverse client base anywhere, anytime.

For more information, contact us at sales@decisionone.com

Show all details →

## Page posts    ‹  ›



**DecisionOne**
6,131 followers
7mo · 🌐

DecisionOne offers several layers of IT support to choose from, depending on the size and  ...see more

11/1/23, 4:03 PM
Case 2:23-cv-05346-JMA-ARL
Document 18-5
(17) DecisionOne: Overview | LinkedIn
Filed 09/13/25
Page 3 of 3 PageID #:
223



🌀 4 · 2 comments

○ ○ ○ ○ ○

Show all posts  →

## Recent job openings

 **Desktop Support Technician**
Kansas City, KS

**Help Desk Analyst - 1st Shift**
Pennsylvania, United States

Show all jobs  →

🟨 **PREMIUM**

## Insights on DecisionOne ❓

**Total employees**

| | |
|---|---|
| 900 | |
| 450 | |

Oct 2021   Apr 2022   Oct 2022

🔻**1%**
Total headcount growth
6 months

🕐 **12 years**
Median tenure

Show all Premium insights  →

About                          Accessibility

Talent Solutions               Community Guidelines

Careers                        Marketing Solutions

Privacy & Terms ▾              Ad Choices

Advertising                    Sales Solutions

Mobile                         Small Business

Safety Center

❓ **Questions?**
Visit our Help Center.

⚙️ **Manage your account and privacy**
Go to your Settings.

🛡️ **Recommendation transparency**
Learn more about Recommended Content.