# Exhibit D

Case 2:23-cv-05346-JMA-ARL  Document 18-6  Filed 09/12/25  Page 1 of 4 PageID #: 224

**Garrett Kaske**

| | |
|---|---|
| Subject: | FW: Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT |

-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Thursday, July 13, 2023 5:58 PM
To: Troy Kessler <tkessler@kesslermatura.com>
Subject: Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

  Account Number: 3012937
  Court: NEW YORK EASTERN DISTRICT COURT
  Amount: $402.00
  Tracking Id: ANYEDC-16890214
  Approval Code: 04370G
  Card Number: ************8466
  Date/Time: 07/13/2023 05:58:12 ET

NOTE: This is an automated message. Please do not reply

# INVOICE

**The Servinator, Inc.**
41 State Street, 604-13
Albany, NY 12207

servinator@servinator.com
(518)432-7378

## Kessler Matura PC

**Bill to**
Kessler Matura PC

**Invoice details**
Invoice no.: 1664
Terms: Due on receipt
Invoice date: 08/04/2023
Due date: 08/04/2023

| # | Date | Product or service | SKU | Amount |
|---|---|---|---|---|
| 1. | | **NYSDOS Service**<br>Decisionone Corporation via NYSDOS (32pp) | | $72.68 |
| | | | Total | **$72.68** |
| | | | Overdue | 08/04/2023 |

**Ways to pay**

Pay | VISA | | DISCOVER | AMEX | BANK



**FedEx Billing Online**

## Tracking ID Details    Back

### Tracking ID Summary    Help Hide

**Billing Information**

| | |
|---|---|
| Tracking ID no. | 773147029266 |
| Invoice no. | 5-837-77169 |
| Account no. | 6142-8548-6 |
| Bill date | 08/23/2023 |
| Total Billed | $22.71 |
| **Tracking ID Balance due** | **$0.00** |
| Status | Paid CC |

**Messages**

Fuel Surcharge - FedEx has applied a fuel surcharg Read More..
Distance Based Pricing, Zone 2

View Invoice History
View signature proof of delivery

### Transaction Details    Help Hide

**Sender Information**

Kessler Matura, P.C.
Troy Kessler
534 Broadhollow Road
Ste. 275
MELVILLE NY 11747
US

**Recipient Information**

DecisionOne Corporation
640 Lee Road, Third Floor
WAYNE PA 19087
US

**Shipment Details**

| | |
|---|---|
| Ship date | 08/23/2023 |
| Tendered date | 08/23/2023 |
| Payment type | Shipper |
| Service type | FedEx Standard Overnight |
| Zone | 02 |
| Package type | FedEx Envelope |
| Rated weight | 0.50lbs |
| Pieces | 1 |
| Rated method | 1 |
| Meter No. | 107365759 |
| Declared value | |

**Charges**

| | |
|---|---|
| Transportation Charge | 29.54 |
| Fuel Surcharge | 3.42 |
| Discount | -10.25 |
| **Total charges** | **$22.71** |

**Original Reference**

| | |
|---|---|
| Customer reference no. | NO REFERENCE INFORMATION |
| Department no. | |
| Reference #2 | |
| Reference #3 | |

**Proof of Delivery**

| | |
|---|---|
| Delivery date | 2023-08-24T12:53:0012:53 |
| Service area code | A1 |
| Signed by | O.DECISIONS |

View signature proof of delivery

Back