# **Exhibit F**

**Decisionone Corporation**
640 Lee Rd
3rd Floor
WAYNE, PA 19087

Direct Deposit Advice

**Check Date**  July 10, 2020
**Voucher Number**  141299

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
|  | C |  | 1,447.96 |
| **Total Direct Deposits** | | | **1,447.96** |

N9665   N9665
**Omar Xavier Rios Colon Sr.**

This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Decisionone Corporation

**Omar Xavier Rios Colon Sr.**                                                                                           **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 79745 | Fed Taxable Income | 1,578.34 | Check Date | July 10, 2020 |
| Location | 20-140900 | Fed Filing Status | S-2 | Period Beginning | June 20, 2020 |
| Hourly | $24.00 | State Filing Status | S-2 | Period Ending | July 3, 2020 |

| | |
|---|---|
| Voucher Number | 141299 |
| Net Pay | 1,447.96 |
| Total Hours Worked | 65.60 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Employer C | | 0.00 | 274.36 | 4,664.12 |
| HOLIDAY | 24.00 | 8.00 | 192.00 | 480.00 |
| NO PAY | | | | 0.00 |
| ON CALL | | 0.00 | 60.00 | 223.00 |
| OT FOR H | | | | 325.68 |
| PERS ATO | | | | 960.00 |
| REGULAR | 24.00 | 57.60 | 1,382.40 | 15,590.16 |
| STD 50% | | | | 5,088.00 |
| **Gross Earnings** | | **65.60** | **1,634.40** | **22,666.84** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 124.57 | 1,563.39 |
| MED | 22.89 | 318.13 |
| NY | 64.05 | 812.36 |
| NYSDI-E | 1.20 | 15.60 |
| SS | 97.86 | 1,360.16 |
| **Taxes** | **310.57** | **4,069.64** |

| Deductions | Amount | YTD |
|---|---|---|
| BUSINESS EXP | -52.00 | -603.00 |
| DENTAL INS | 15.06 | 195.78 |
| LONG TERM DISABILITY | | 9.70 |
| MEDICAL INS | 41.00 | 533.00 |
| REIMB MILEAGE | -129.60 | -698.80 |
| SUPPLEMENTAL ADD | 0.42 | 7.14 |
| SUPPLEMENTAL LIFE | 0.99 | 18.51 |
| **Deductions** | **-124.13** | **-537.67** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| BETHPAGE FEDERAL CREDIT UNION | C | ***1920 | 1,447.96 |
| **Total Direct Deposits** | | | **1,447.96** |

| Time Off | Available to Use | Plan Year Used | Current Earned |
|---|---|---|---|
| Personal | 48.00 | 0.00 | 0.00 |
| Sick | 40.00 | 0.00 | 0.00 |
| Vacation | 26.67 | 0.00 | 6.67 |

Decisionone Corporation | 640 Lee Rd 3rd Floor  WAYNE, PA 19087 | (610) 407-2757 | FEIN: 23-2328680 | NY: 7065451-6