UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR RIOS COLON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>DECISIONONE CORPORATION,<br><br>Defendant. | No.: 23 Civ. 5346 (JMA) (ARL) |

**NOTICE OF WITHDRAWAL OF BENJAMIN GOLDSTEIN**

PLEASE TAKE NOTICE that Benjamin Goldstein is no longer associated with the law firm of Kessler Matura P.C. Pursuant to Local Rule 1.4(b), Plaintiff requests that Mr. Goldstein be withdrawn as attorney of record in this case and that all further electronic notices in the matter to him be terminated. The remaining counsel of record for Plaintiff, including the undersigned, is the same.

Dated: Melville, New York
September 30, 2026

Respectfully submitted,

Troy L. Kessler
Garrett Kaske
**KESSLER MATURA P.C.**
534 Broadhollow Road, Suite 275
Melville, New York 11747
(631) 499-9100
tkessler@kesslermatura.com
gkaske@kesslermatura.com

***Attorneys for Plaintiff***